UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TAMMY B. NELSON,**

   Plaintiff,

v.                                                          **No. 4:26-cv-0658-P**

**UNITED STATES DEPARTMENT OF
AGRICULTURE, ET AL.,**

   Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 14. The Magistrate Judge's Recommendation is ripe for review.

The undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, Plaintiff's Motion for TRO (ECF No. 4) is **DENIED**.

**SO ORDERED** on this **22nd day of July 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE